UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 02-1942

———————

KHANG MARTIN,

Plaintiff - Appellant,

versus

BMW MANUFACTURING CORPORATION,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Terry L. Wooten, District Judge.
(CA-01-259-6-25AK)

———————

Submitted:  November 7, 2002      Decided:  November 13, 2002

———————

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Khang Martin, Appellant Pro Se.  Robert M. Sneed, George Andrew
Harper, JACKSON, LEWIS, SCHNITZLER & KRUPMAN, Greenville, South
Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Khang Martin seeks to appeal the district court's order dismissing his civil action alleging employment discrimination. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Director, Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on July 16, 2002. The notice of appeal was filed on August 16, 2002. Because Martin failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2